IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| v. | § | NO. 2:08-CR-21 (2) |
| JESUS ANTONIO HERNANDEZ SILVA a/k/a Antonio Hernandez Ruiz | § | |

## ORDER

On April 15, 2008, Defendant Jesus Antonio Hernandez Silva filed an *Amended Motion to Suppress*. The Court has the report and recommendation from the United States Magistrate Judge to deny the motion. Defendant did not file a response.

After considering the recommendation and response, the Court is of the opinion that the recommendation is not clearly erroneous, and accordingly, the motion is denied.

IT IS SO ORDERED.

Signed this 15th day of May 2008.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE